In the Matter of CANDELARIA GOLD AND SILVER MINING COMPANY.

DAVID OBLER, Appellant; WALTER E. ERNST, as Liquidator of Candelaria Gold and Silver Mining Company, et al., Respondents.

Submitted April 2, 1945; decided April 12, 1945.

*Jacob Newman* for motion.

*Harold H. Straus* and *J. Charles Weschler* opposed.

Motion denied with leave to renew upon the argument.